UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-17549-BKC-RAM
CHAPTER 13

IN RE:
DOMINIQUE CHRISTINE LALLEMAND,
    Debtor.
_____/

**CERTIFICATE OF SERVICE OF APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES AND NOTICE OF HEARING AND <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)</u>**

**I HEREBY CERTIFY** that a true and correct copy of the above **APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES AND NOTICE OF HEARING** thereon was served as follows via electronic mail to Nancy Neidich, Trustee, at e2c801@ch13herkert.com and those set forth in the NEF to be served electronically and was sent by U.S. Mail to Dominique C. Lallemand, Debtor, 265 Grapetree Drive, Unit 127, Key Biscayne, FL 33149. this 19th day of September of 2019.

DATED: September 19, 2019

        Law Offices of Michael J. Brooks, Michael A. Frank
           & Rodolfo H. De La Guardia, Jr.
           Attorneys for the Debtor(s)
           Suite 620 • Regions Bank Building
           10 Northwest LeJeune Road
           Miami, FL 33126-5431
           Telephone (305) 443-4217
           Facsimile (305) 443-3219
           Email - Pleadings@bkclawmiami.com

           /s/
           Michael A. Frank
           Florida Bar No. 339075